[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-16564
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 4, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00036-CV-4

UNITED STATES OF AMERICA,

                                                              Plaintiff-Appellee,

versus

$29,568.20 in US CURRENCY, et al.,

                                                              Defendants,

GLENN MCCLOUD,

                                                              Intervenor-Defendant
                                                              Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

**(May 4, 2006)**

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Glenn McCloud, *pro se*, appeals the district court's order granting the government's motions to dismiss his civil forfeiture proceedings and to apply a portion of the seized funds to an outstanding criminal fine. On appeal, McCloud argues that: (1) in his underlying criminal case, the district court did not have jurisdiction; (2) in this case, the government did not have authority to seize the funds; (3) the district court could not order the funds to be applied towards his outstanding criminal fine because they were not connected with criminal activity; and (4) he was not afforded an opportunity to be heard with regard to this issue. Finally, McCloud argues that his attorneys were ineffective, both in the underlying criminal proceedings and in the instant case.

Because the district court generally can enforce a judgment imposing a fine against all property of a person who owes a criminal fine, we affirm the district court's order.

**AFFIRMED.**[1]

---

[1]McCloud also has filed a motion to remand. We DENY the motion because it contains no new issues or arguments.